Court of Appeals
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Anto., Tx 78205-3037

6 May 2015

RE: "Request for Status AND (6) six month inmate history"

Kevin BALDITT
TDCJ ID NO. 1942689
Lopez State Jail
1203 EZ Cibolo Rd.
Edinburg, Tx 78542

VIA U.S. FIRST CLASS
MAIL

Greetings:

On April 23, 2015, I placed in the Lopez State Jail, internal prison mailing system my <u>LATE NOTICE OF Appeal FROM Negotiated Plea</u> with an attached

<u>Application For Appointment of Appeal Attorney</u>

Pursuant to Tx Rules of Appellate Procedure Rule 12.6 requesting the date filed and status of Appeal.

Additionally Notice I've enclosed A (6) six month Inmate trust history, I Am indigent AND unable to hire an appeal lawyer.

Thank you

K Balditt

cc: file

Page 1 of

## UNSWORN Declaration By Inmate

I Kevin Balditt, TDCJ ID No. 1942689, being presently incarcerated in The Texas Dept. of Criminal Justice, Lopez State Jail, Hidalgo County Texas. declare under penalty of perjury that the above and foregoing is true and correct to the best of my ability

Executed: 6 May 2015

K Balditt

tdc01eqc - PASSPORT                                    Wednesday, May 06, 2015, 10

SINIB02/CINIB02         TEXAS DEPARTMENT OF CRIMINAL JUSTICE         05/06/1
EQC/LGO6609                  IN-FORMA-PAUPERIS DATA                  10:09:01
TDCJ#: 01942689 SID#: 07519362 LOCATION: LOPEZ          INDIGENT DTE:
NAME: BALDITT,KEVIN                   BEGINNING PERIOD: 11/01/14
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          57.08 TOT HOLD AMT:          0.00 3MTH TOT DEP:      150.00
6MTH DEP:            320.00 6MTH AVG BAL:        385.39 6MTH AVG DEP:       53.33

| MONTH | HIGHEST BALANCE | TOTAL DEPOSITS | MONTH | HIGHEST BALANCE | TOTAL DEPOSITS |
|-------|-----------------|----------------|-------|-----------------|----------------|
| 04/15 | 259.21          | 50.00          | 01/15 | 458.83          | 50.00          |
| 03/15 | 353.26          | 50.00          | 12/14 | 562.41          | 50.00          |
| 02/15 | 409.13          | 50.00          | 11/14 | 562.41          | 70.00          |

PROCESS DATE   HOLD AMOUNT     HOLD DESCRIPTION

**VERONICA CRUZ**
Notary Public. State of Texas
My Commission Expires:
1/12/2019
Notary Without Bond

STATE OF TEXAS COUNTY OF _Texas_
ON THIS THE _6_ DAY OF _May 15_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____   OR SID NUMBER: _____

IN THE COURT OF APPEAL
AT SAN ANTONIO, TX XX
FILED
2015 MAY 11 AM 11:52
Keith E. Hottle
KEITH E. HOTTLE CLERK

MCALLEN TX 785

07 MAY 2015 PM 2 L

LEGAL MAIL

Kevin Baldit #1472689
Lopez State Jail
1203 El Cibolo Rd.
Edinburg, TX 78542

Court of Appeals
Fourth Court of Appeals
300 Dolorosa, Suite 3200
SATX, TX 78205 - 3037

